

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00301-CV

| | | |
|---|---|---|
| CARLOS ALVAREZ AND JUDITH ALVAREZ, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-301157-18) |
| V. | § | February 13, 2020 |
| DIANA O. AGYEMANG, JANET ACHEAMPONG, AND YAW APPIAH-KUBI, Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's July 16, 2019 order granting default judgment. It is ordered that the trial court's order is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's order granting default judgment regarding appellants Carlos and Judith Alvarez's liability for the accident at issue. We reverse the remainder of the trial court's order, including the award of attorney's fees, and remand this case to the trial court for a new trial solely on the existence of a

causative nexus between the accident and Appellees' injuries and, if one is established, for a new trial on the amount of Appellees' unliquidated damages.

It is further ordered that appellees Diana O. Agyemang, Janet Acheampong, and Yaw Appiah-Kubi shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel